Rebecca Noblin (AK Bar #0611080)
EARTHJUSTICE
441 W. 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7103
F: 907.277.1390
E: rnoblin@earthjustice.org

Eric P. Jorgensen (AK Bar #8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
F: 907.463.5891
E: ejorgensen@earthjustice.org

Brettny E. Hardy (AK Bar #1306043)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T: 415.217.2142
F: 415.217.2040
E: bhardy@earthjustice.org

*Attorneys for Plaintiffs Oceana, Inc. and Greenpeace, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OCEANA, INC. and GREENPEACE, INC., | ) Case No. 3:14-cv-00253-TMB |
| *Plaintiffs*, | ) |
| v. | ) **REPRESENTATION STATEMENT** |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | ) |
| *Defendants*, | ) |
| and | ) |
| ALASKA SEAFOOD COOPERATIVE, *et al.*, | ) |
| *Intervenor-Defendants.* | ) |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2(b), the undersigned counsel represent Oceana, Inc. and Greenpeace, Inc., Plaintiffs in the above-named case, and no other party. All other parties to the action, and the names, addresses, telephone numbers, and email addresses for their respective counsel, are listed below.

Counsel for Defendants National Marine Fisheries Service, U.S. Department of Commerce, Penny Pritzker, Eileen Sobeck, and James W. Balsiger:

> Daniel Joseph Pollak
> U.S. DEPARTMENT OF JUSTICE
> Environment & Natural Resources Division
> Wildlife & Marine Resources Section
> Ben Franklin Station, P.O. Box 7611
> Washington, D.C. 20044-7611
> T: 202.305.0201
> E: daniel.pollak@usdoj.gov
>
> Tanya C. Nesbitt
> U.S. DEPARTMENT OF JUSTICE
> Environment & Natural Resources Division
> Natural Resources Section
> Ben Franklin Station, P.O. Box 7611
> Washington, D.C. 20044-7611
> T: 202.305.0457
> E: tanya.nesbitt2@usdoj.gov

Counsel for Intervenor-Defendants Adak Community Development Corporation, Alaska Seafood Cooperative, the Groundfish Forum, and Aleut Corporation:

> Linda R. Larson
> Svend A. Brandt-Erichsen
> MARTEN LAW PLLC
> 1191 Second Avenue, Suite 2200
> Seattle, WA 98101
> T: 206.292.2600
> E: llarson@martenlaw.com
> E: svendbe@martenlaw.com

REPRESENTATION STATEMENT
*Oceana, Inc., et al. v. National Marine Fisheries Service, et al.,*
Case No. 3:14-cv-00253-TMB

2

Case 3:14-cv-00253-TMB   Document 66-1   Filed 12/03/15   Page 2 of 3

Respectfully submitted this 3rd day of December, 2015.

*s/ Rebecca Noblin*
Rebecca Noblin (AK Bar #0611080)
EARTHJUSTICE
441 W. 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7103
F: 907.277.1390
E: rnoblin@earthjustice.org

Eric P. Jorgensen (AK Bar #8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
F: 907.463.5891
E: ejorgensen@earthjustice.org

Brettny E. Hardy (AK Bar #1306043)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T: 415.217.2142
F: 415.217.2040
E: bhardy@earthjustice.org

*Attorneys for Plaintiffs Oceana, Inc. and Greenpeace, Inc.*

REPRESENTATION STATEMENT
*Oceana, Inc., et al. v. National Marine Fisheries Service, et al.,*
Case No. 3:14-cv-00253-TMB

3

Case 3:14-cv-00253-TMB   Document 66-1   Filed 12/03/15   Page 3 of 3